FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 14, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOSE ALFREDO MENDOZA-VACA, <br><br> Movant, <br><br> -vs- <br><br> UNITED STATES OF AMERICA, <br><br> Respondent. | No.   2:17-CR-0101-WFN-2 <br><br> ORDER DENYING MOTION FOR RECONSIDERATION |

Before the Court is Mr. Mendoza-Vaca's Motion for Reconsideration. ECF No. 1468. The Motion is submitted by Mr. Mendoza-Vaca, who is appearing *pro se* in these proceedings. "Motions for reconsideration are disfavored . . . The court will ordinarily deny such motions in the absence of a showing of manifest error in the prior ruling or a showing of new facts or legal authority which could not have been brought to its attention earlier with reasonable diligence." LCrR 12(c)(5). Mr. Mendoza-Vaca makes no such showing. The Court has reviewed the file and Mr. Mendoza-Vaca's Motion and is fully informed. Accordingly,

**IT IS ORDERED** that Mr. Mendoza-Vaca's Motion for Reconsideration, filed December 7, 2020, **ECF No. 1468**, is **DENIED**.

The District Court Executive is directed to file this Order and provide copies to counsel and *pro se* Movant

**DATED** this 14th day of December, 2020.

12-14-20

WM. FREMMING NIELSEN
SENIOR UNITED STATES DISTRICT JUDGE

ORDER DENYING MOTION
FOR RECONSIDERATION